ACCEPTED
12-15-00105-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/30/2015 11:16:34 AM
Pam Estes
CLERK

NO. 12-15-00105-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/30/2015 11:16:34 AM
PAM ESTES
Clerk

## IN THE TWELFTH COURT OF APPEALS
## TYLER, TEXAS

CONSOLIDATED PROPERTY
INTERESTS, LLC

APPELLANT

V.

JERRY PAYNE AND PENNY PAYNE

APPELLEES

APPEALED FROM THE 273RD JUDICIAL DISTRICT COURT
SABINE COUNTY, TEXAS

UNOPPOSED MOTION TO EXTEND TIME
TO FILE APPELLEES' BRIEF

JOHN H. SEALE
SEALE, STOVER & BISBEY
P. O. BOX 480
JASPER, TEXAS 75951
TELEPHONE: (409) 384-3463
FACSIMILE: (409) 384-3017
EMAIL: katiecmorgan@yahoo.com
ATTORNEYS FOR APPELLEES

**TO THE HONORABLE COURT OF APPEALS:**

Appellees ask the Court to extend the time for filing Appellees' brief by 30 days to and including Wednesday, November 11, 2015.

1.

**Information Required by Rule 10.5,**
**Tex. R. App. P.**

The following information supports this request.

(i)     Appellees' brief is currently due to be filed October 12, 2015.

(ii)    Appellees request that the deadline for filing their brief be extended by 30 days to and including Wednesday, November 11, 2015.

(iii)   This is Appellees' first request to extend the briefing deadline.

2.

**Facts Explaining the Need to**
**Extend the Briefing Deadline**

Counsel is unable to complete the Appellees' brief and secure the necessary clients' review and approval by the current deadline. Besides work on this brief, John H. Seale, counsel on appeal, has been and will be required to divide his available briefing time among the following matters:

(i)     Trial concluded on September 17, 2015, and distribution of funds completed on September 29, 2015, in Cause No. CV-12-9371; SM Energy Company vs. Mary Mitchell, et al; In the District Court of San Augustine County, Texas.

(ii)    Briefing in Beaumont Court of Appeals in Case No. 09-15-00090-CV; Larry D. Prewitt and Deborah D. Prewitt vs. Jackie Neil Norsworthy.

(iii)   Trial settings in Sabine County for October 19, 2015.

## 3.

This motion is not sought solely for delay, but in the interest of justice and to ensure that Appellees' brief sufficiently aids the Court's decisional process.

## 4.
### Conference with Opposing Counsel

Greg Smith, counsel for Appellant, states that the relief requested in this motion is unopposed.

## 5.
### Conclusion and Prayer

Appellees pray that the Court would extend the time for filing Appellees' brief by 30 days to and including Wednesday, November 11, 2015.

Respectfully submitted,

SEALE, STOVER & BISBEY
P. O. Box 480
Jasper, Texas 75951
Telephone: (409) 384-3463
Facsimile: (409) 384-3017
Email: katiecmorgan@yahoo.com
Attorneys for Appellees

By: _____
       John H. Seale
       SBN: 17946000

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the above and foregoing document was served upon counsel for Appellant in accordance with the applicable Texas Rules of Civil Procedure on this the 30th day of September, 2015, on the following:

**Efiling - gsmith@rameyflock.com**
Greg Smith
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702

**Efiling - bwatkins@skeltonslusher.com**
Brent L. Watkins
SKELTON SLUSHER
1616 S. Chestnut
Lufkin, Texas 75902

_____
John H. Seale